JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LOOP, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SHADE HOTEL; DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No.: 12-CV 00854 JAK(PJWx)<br><br>[~~PROPOSED~~] **ORDER RE: DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

**IT IS HEREBY ORDERED THAT**, the above-entitled case is dismissed without prejudice pursuant to Federal Rules of civil Procedure Section 41 (a).

**IT IS SO ORDERED.**

DATED:   June 26, 2012        By: _/s/ John A. Kronstadt_____

HON. JOHN A. KRONSTADT
United States District Judge

1
PROPOSED] ORDER RE: DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)